IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-455-WYD-CBS

GEORGE R. FLOTA and
COVERAGE GROUP TECHNOLOGIES CORPORATION, a Colorado Corporation,

     Plaintiff(s),

v.

WELLS FARGO BANK, National Association, a South Dakota Corporation,

     Defendant(s).

_____

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**
_____

     Pursuant to D.C.COLO.LCivR 72.2 on the 14th day of July, 2005, the parties filed a unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

     IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Craig B. Shaffer; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated:  July 15, 2005

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge

## NOTICE OF REASSIGNMENT

    Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge _____.

                                Gregory C. Langham, Clerk


                                by_____, Deputy Clerk