IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No.** 05-cv-00455-MJW-CBS

GEORGE R. FLOTA, et al.,

Plaintiff(s),

v.

WELLS FARGO BANK, a National Association, a South Dakota corporation,

Defendant(s).

ORDER OF DISMISSAL WITH PREJUDICE

It is hereby **ORDERED** that the parties' Stipulation for Dismissal With Prejudice, filed with the Court on February 13, 2006, (Docket Number 24), is approved and made an order of the Court.  This case is DISMISSED, WITH PREJUDICE, each party to pay their own attorney fees and costs.

It is FURTHER ORDERED that all future hearings set in this matter are VACATED.

DATED THIS 14th DAY OF FEBRUARY, 2006

BY THE COURT:

S/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. Magistrate Judge